08 CV 5620

Judge Hellerstein

UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THORNBURG MORTGAGE HOME LOANS, INC., | : |
| Plaintiffs, | : Civ. A. No. |
| v. | : **PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |
| PREFERRED FINANCIAL GROUP, INC., | : |
| Defendant. | : |

RECEIVED JUN 20 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Fed. R. Civ. P. 7.1. and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Thornburg Mortgage Home Loans, Inc. ("TMHL"), certifies as follows:

1. TMHL is a wholly owned subsidiary of Thornburg Mortgage, Inc. which is publicly traded on the New York Stock Exchange.

Dated: June 20, 2008

_____
Angelo A. Stio III [AS 7880]
**PEPPER HAMILTON LLP**
The New York Times Building
37th Floor
620 Eighth Avenue
New York, NY 10018-1405
PH: 212-808-2700
FAX: 212-286-9806

Attorneys for Plaintiff Thornburg Mortgage Home Loans, Inc.

#9748835 v1